EXHIBIT A



EXHIBIT B

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
VAu 1-049-173

**Effective date of registration:**
November 27, 2010

---

**Title**
Title of Work: Buck Cash Photographs 1987 to 2010

**Completion/Publication**
Year of Completion: 2010

**Author**
· Author: Buck Richard Cash
Author Created: photograph(s)

Citizen of: United States          Domiciled in: United States
Year Born: 1959

**Copyright claimant**
Copyright Claimant: Buck Richard Cash
12487 Afton Rd, Wolverine, MI, 49799

**Rights and Permissions**
Name: Buck Richard Cash
Email: buckcash@buckcash.com          Telephone: 231-290-0387
Address: 12487 Afton Rd
Wolverine, MI 49799

**Certification**
Name: Buck R. Cash
Date: November 27, 2010

EXHIBIT C



# POLITICAL CORRECTNESS, BULLYING AND OTHER BS

ROTTDAWG —



Some lessons need to be learned: You can tell your child a million times, "don't touch the stove, it's hot," or you can tell them once, let them touch it, and they quickly figure it out. Some will think I am evil, but the fact is it's effective. Choices are a part of life; the wrong ones will burn you.



Traditionally in America, we have always tried to make things a little better for our kids than we had for ourselves. It's the American way, but it is one that, in my opinion, sets us up for failure. The generation-to-generation increase in living standards (not just financial) makes it impossible for people to learn lessons that they need to survive.

Sticks and stones may break my bones, but words will never hurt me. Does anyone remember hearing that when you were a kid? It still holds true if you don't take feelings into account, but in today's hypersensitive society that is not the case, it's all about feelings.

Words that were perfectly acceptable a couple decades ago are demonized because some group's feelings got hurt. Just the other day I was made aware of a societal memo that I must have missed. The M word is NOT an acceptable

**Have a Cup of Jo with Joe**
Get your morning started right with Joe!

## FOLLOW JOE

 **24,246** FOLLOWERS    **319,117** FANS

 **653** SUBSCRIBERS    **1,355** PEOPLE

EXHIBIT D



## Political Correctness, Bullying and other BS





Some lessons need to be learned: You can tell your child a million times, "don't touch the stove, it's hot," or you can tell them once, let them touch it, and they quickly figure it out. Some will think I am evil, but the fact is it's effective. Choices are a part of life; the wrong ones will burn you.

